**Anthony Leon GREENHILL,
Petitioner–Appellant,**

v.

**Fredrick MENIFEE, Respondent–
Appellee.**

No. 05–31147
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 24, 2006.

Anthony Leon Greenhill, Pollock, LA, pro se.

---

**800**

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM: *

Anthony Leon Greenhill, federal prisoner # 56411–097, appeals the dismissal of his petition filed pursuant to 28 U.S.C. § 2241. Greenhill's claim that the Bureau of Prison's refusal to transfer him to a prison in the jurisdiction of his criminal conviction violated his due process rights is not cognizable under § 2241 because prisoners lack a constitutionally protected interest in where they are incarcerated. *See Olim v. Wakinekona,* 461 U.S. 238, 103 S.Ct. 1741, 75 L.Ed.2d 813 (1983). The district court correctly determined that it lacked jurisdiction to review the denial of Greenhill's 28 U.S.C. § 2255 motion by the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 2255 ¶ 1.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.